### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**TOMMY O'BRYANT**                                                    **PLAINTIFF**

**v.**                                                    **CAUSE NO. 1:18cv8-LG-JCG**

**WALGREEN CO.; CBRE GROUP, INC.;**
**and JOHN OR JANE DOES 1-10**                            **DEFENDANTS**

### <u>FINAL JUDGMENT OF DISMISSAL</u>

In accordance with the Court's Memorandum Opinion and Order entered

herewith dismissing with prejudice Plaintiff Tommy O'Bryant's claims against

Defendants Walgreen Co. and CBRE Group, Inc.,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of

the defendants.  Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 10th day of May, 2019.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE