IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TOMMY O'BRYANT                                                                           PLAINTIFF

VERSUS                                                  CIVIL ACTION NO. 1:18-cv-0008 LG-JCG

WALGREEN, CO.,
CBRE GROUP, INC.,
JOHN OR JANE DOES 1-10                                                               DEFENDANTS

## NOTICE OF APPEAL

NOTICE IS HEREBY given that Tommy O'Bryant, the Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order Granting Defendants' Motions for Summary Judgment (ECF Doc. 309) and Final Judgment of Dismissal (ECF Doc. 310) entered in this action on the 10th day of May, 2019.

DATE:  May 28, 2019.

                                               Respectfully submitted,
                                               **TOMMY O'BRYANT**

                                      BY:     *s/Douglas L. Tynes, Jr.*
                                              DOUGLAS L. TYNES, JR. (MSB # 101921)
                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, DOUGLAS L. TYNES, JR., do hereby certify that I electronically filed the above and foregoing *Notice of Appeal* with the Clerk of the Court utilizing the ECF system, which provides notification of said filing to the following:

*Counsel for Defendant, Walgreen, Co.*
Patrick R. Buchanan
Brown Buchanan, P.A.
Post Office Box 1377
Biloxi, MS 39533-1377
mailb@brownbuchanan.com

1

*Counsel for Defendant, CBRE, Inc.*
Edward Taylor
Christopher H. Murray
Daniel, Coker, Horton & Bell P.A.
Post Office Box 416
Gulfport, MS 39502-0416
Mr. Taylor: etaylor@danielcoker.com
Mr. Murray: cmurray@danielcoker.com

    SO CERTIFIED on this the 28th day of May, 2019.

                                    *s/Douglas L. Tynes, Jr.*
                                    DOUGLAS L. TYNES, JR.

DOUGLAS L. TYNES, JR. (MSB # 101921)
COURTNEY P. WILSON (MSB # 103531)
Tynes Law Firm, P.A.
525 Krebs Avenue (39567)
Post Office Drawer 966
Pascagoula, MS 39568-0966
(228) 769-7736 Telephone
(228) 769-8466 Facsimile
Mr. Tynes: monte@tyneslawfirm.com
Ms. Wilson: courtney@tyneslawfirm.com